IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

NOTICE OF APPEAL
FROM THE OCTOBER 24, 2006 ORDER (DOCKET NO. 13457) OF
UNITED STATES BANKRUPTCY COURT JUDGE JUDITH K. FITZGERALD

Prudential Insurance Company of America ("Prudential"), as a creditor of W.R. Grace & Co., et al., the debtors and debtors in possession in the above-captioned chapter 11 case ("Grace"),[1] hereby appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from the following Order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"): Order Disallowing and Expunging as Time-Barred Two Asbestos PD Claims Filed by Prudential Insurance Company on Account of Buildings Located in Georgia, dated and entered on the Bankruptcy Court's docket on October

---

[1] Grace consists of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc. W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc. Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

17824

#13553

24, 2006, a copy of which is attached as Exhibit "A" (Docket No. 13457) ( the "Appealed Order"), issued by United States Bankruptcy Judge Judith K. Fitzgerald.

The parties to the Appealed Order and the names, addresses and telephone numbers of their respective attorneys of record are:

| Party | Counsel |
|---|---|
| Grace | KIRKLAND & ELLIS LLP<br>Attn: David M. Bernick, P.C.<br>       Janet S. Baer, Esq.<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Tel: (312) 861-2000<br><br>- and -<br><br>PACHULSKI STANG ZIEHL YOUNG JONES<br>  & WEINTRAUB LLP<br>Attn: Laura Davis Jones, Esq.<br>       David E. O'Neill, Esq.<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19889-8705<br>Tel: (302) 652-4100 |
| Prudential | JASPAN SCHLESINGER HOFFMAN LLP<br>Attn: Laurie S. Polleck, Esq.<br>913 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 351-8000<br><br>- and -<br><br>RIKER DANZIG SCHERER HYLAND<br>  & PERRETTI LLP<br>Attn: Joseph L. Schwartz, Esq.<br>       Curtis M. Plaza, Esq.<br>       Craig T. Moran, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>P.O. Box 1981<br>Morristown, New Jersey 07962-1981<br>Tel: (973) 538-0800 |

17824

Wilmington, Delaware
Dated: November 1, 2006

        By:   /s/ Laurie S. Polleck
               Laurie S. Polleck, Esq. (#4300)
               JASPAN SCHLESINGER HOFFMAN LLP
               913 North Market Street, 12th Floor
               Wilmington, DE  19801
               Tel: (302) 351-8000
               Fax: (302) 351-8010
               Email: lpolleck@jshllp-de.com

               - and -

               RIKER DANZIG SCHERER HYLAND
                 & PERRETTI LLP
               Joseph L. Schwartz, Esq.
               Curtis M. Plaza, Esq.
               Craig T. Moran, Esq.
               Headquarters Plaza
               One Speedwell Avenue
               P.O. Box 1981
               Morristown, New Jersey 07962-1981
               (973) 538-0800
               Email: jschwartz@riker.com
               Email: cplaza@riker.com
               Email: cmoran@riker.com

               Co-counsel for Appellant, The Prudential Insurance
               Company of America

# EXHIBIT "A"

# EXHIBIT "A"

Case 1:06-cv-00745-RLB    Document 1    Filed 12/07/2006    Page 4 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: September 25, 2006 |
| | ) | Related Docket Nos.: 9315, 11727, and 13129, 13489 |

**ORDER DISALLOWING AND EXPUNGING AS TIME-BARRED TWO ASBESTOS PD CLAIMS FILED BY PRUDENTIAL INSURANCE COMPANY ON ACCOUNT OF BUILDINGS LOCATED IN GEORGIA**

Upon consideration of the Debtors' Fifteenth Omnibus Objection to 4003 Asbestos Property Damage Claims [Substantive] (the "Objection") (Dkt. No. 9315); and the Court having considered Claim Nos. 6945 and 6948 (the "Georgia Claims," which were both filed by Prudential Insurance Company of America in this Chapter 11), and the Objection as well as all subsequent briefing and argument; the Court finding that the relief requested therein is in the best interest of the Debtors and their estates; and due and proper notice have been given with no other notice being required; and in light of the nature of the relief requested in the Motion, no further notice on the Objection being required; after due deliberation and for the reasons stated on the record during hearing on September 25, 2006,

IT IS HEREBY ORDERED THAT:

1. The Debtors objections to the Georgia Claims are sustained; and

2. The Georgia Claims are both subject to 10 Del. C. § 8121 (2005) (the "Delaware Borrowing Statute"), which directs the Court to apply the shorter of Delaware's or Georgia's applicable statute of limitations to the Georgia Claims; and

3. The Georgia Claims are both disallowed and expunged, with prejudice; and

DOCS_DE:172149.1

4.  This Court shall retain sole jurisdiction over any disputes or other matters arising from or related to this Order, which is a final order as to the Georgia Claims.

Wilmington, Delaware

Dated: Oct 24, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

2

DOCS_DE:122149.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Laurie S. Polleck, hereby certify that on this 1st day of November, 2006, I served one copy of the *Notice of Appeal from the October 24, 2006 Order (Docket No. 13457) of United States Bankruptcy Court Judge Judith K. Fitzgerald* upon the parties listed below by U.S. Postal Service, postage prepaid:

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer, Esquire
200 East Randolph Drive
Chicago, IL 60601

Pachulski Stang Ziehl Young Jones &
Weintraub LLP
Laura Davis Jones, Esquire
David E. O'Neill, Esquire
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Frank J. Perch, III, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

JASPAN SCHLESINGER HOFFMAN LLP

/s/ Laurie S. Polleck
Laurie S. Polleck (#4300)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8005

17825

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: September 25, 2006 |
| | ) | Related Docket Nos.: 9315, 11727, and 13129, 13429 |

### ORDER DISALLOWING AND EXPUNGING AS TIME-BARRED TWO ASBESTOS PD CLAIMS FILED BY PRUDENTIAL INSURANCE COMPANY ON ACCOUNT OF BUILDINGS LOCATED IN GEORGIA

Upon consideration of the Debtors' Fifteenth Omnibus Objection to 4003 Asbestos Property Damage Claims [Substantive] (the "Objection") (Dkt. No. 9315); and the Court having considered Claim Nos. 6945 and 6948 (the "Georgia Claims," which were both filed by Prudential Insurance Company of America in this Chapter 11), and the Objection as well as all subsequent briefing and argument; the Court finding that the relief requested therein is in the best interest of the Debtors and their estates; and due and proper notice have been given with no other notice being required; and in light of the nature of the relief requested in the Motion, no further notice on the Objection being required; after due deliberation and for the reasons stated on the record during hearing on September 25, 2006,

IT IS HEREBY ORDERED THAT:

1. The Debtors objections to the Georgia Claims are sustained; and

2. The Georgia Claims are both subject to 10 Del. C. § 8121 (2005) (the "Delaware Borrowing Statute"), which directs the Court to apply the shorter of Delaware's or Georgia's applicable statute of limitations to the Georgia Claims; and

3. The Georgia Claims are both disallowed and expunged, with prejudice; and

DOCS_DE:172149.1

13457

4. This Court shall retain sole jurisdiction over any disputes or other matters arising from or related to this Order, which is a final order as to the Georgia Claims.

Wilmington, Delaware

Dated: Oct 24, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

2

DOCS_DE:122149.1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date: December 7 , 2006

To:    Clerk of Court  
       U.S. District Court  
       District of Delaware  
       Wilmington De 19801

Re:    **W.R. Grace**  
       **Bankruptcy Case #01-1139**  
       **Appeal #06-70**

Enclosed you will find **Notice of Appeal 06-70  docket #13553, Order docket #13457,**

Related Docket Entries: **Appellant's Designation docket #13656.**  
**Appellee Designation docket #13775.**

Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                                           Sincerely,  
                                           /s/ Betsy Magnuson  
                                           Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___day of _____2003.

By:_____  
       Deputy Clerk

                                             _____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

W.R. Grace Company et al
Bankruptcy Case No. 01-1139                                   December 7, 2006
Appeal No.: BAP 06-70


**Name of Appellant:**     Prudential Insurance Company of America
**Counsel for Appellant:** Laurie S Polleck
                          Jaspen Schlesinger Hoffman LLP
                          913 North Market Street
                          Wilmington DE 19801

**Name of Appellee:**      WR Grace Company et al
**Counsel for Appellee:**  James E. O'Neill
                          Pachulski, Stang, Ziehl, Young Jones & W
                          919 North Market Street, 16th Floor
                          Wilmington, DE 19899-8705


**Enclosed Items:**   Notice of Appeal: docket #13553, Order #13457


**Appellant: Designation: docket #13656**


**Appellee: Designation: docket #13775**