IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W.R. Grace & Co., et al

---

Prudential Insurance Company of
America,
        Appellant.
  v.
W.R. Grace & Co., *et al.*
        Appellee.

Civil Action No. 06-745 RLB

Bankruptcy Case No. 01-01139
AP- 06-70

Re: Docket Item # 4

## STIPULATION FOR EXTENSION OF TIME OF BRIEFING SCHEDULE

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure and Rule 9006-2 of the Local Rules of Bankruptcy practice and procedure for the United States Bankruptcy Court for the District of Delaware, the Appellant (Prudential Insurance Corporation of America "Prudential") and the Appellee, Debtor W.R. Grace & Co. et al ("Grace"), hereby stipulate and agree to extend the deadline for filing the initial briefs in this matter by two weeks. Under the revised schedule, the due date for Prudential's initial brief would move from January 2, 2007 to January 16, 2007, and the due date for Grace's initial brief would move from January 31, 2007 to February 14, 2007.

Dated: January 2, 2007

*/s/ Laurie S. Polleck*
Laurie S. Polleck (DE Bar No. 4300)
Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

*/s/ James O'Neill*
James O'Neill (DE Bar No. 4042)
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
(302) 652-4100