IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W.R. Grace & Co., et al
_____

Prudential Insurance Company of
America,
        Appellant.                      Civil Action No. 06-745 RLB
        v.
W.R. Grace & Co., *et al*.
        Appellee.

                                      Bankruptcy Case No. 01-01139
                                      AP- 06-70

## **CERTIFICATE OF SERVICE**

       I, Laurie S. Polleck, hereby certify that on this 2nd day of January 2007, I served one copy of the *Stipulation for Extension of Time of Briefing Schedule* upon the parties listed below by U.S. Postal Service, postage prepaid:

| | |
|---|---|
| Janet S. Baer, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl Young Jones &<br>Weintraub LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 |
| Frank J. Perch, III, Esquire<br>Office of the United States Trustee<br>844 King Street<br>Wilmington, DE 19801 | Michael R. Lastowski, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 |
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | |

                                                **JASPAN SCHLESINGER HOFFMAN LLP**

                                                /s/ Laurie S. Polleck
                                                Laurie S. Polleck (#4300)
                                                913 Market Street, 12th Floor
                                                Wilmington, DE 19801
                                                (302) 351-8005

18046.1