IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W.R. Grace & Co., et al

_____

Prudential Insurance Company of
America,
        Appellant.                        Civil Action No. 06-745 RLB
        v.
W.R. Grace & Co., *et al*.
        Appellee.

                                           Bankruptcy Case No. 01-01139
                                           AP- 06-70

                                           Re: Docket Item # 6

## ORDER EXTENDING OF TIME OF BRIEFING SCHEDULE

Upon the Stipulation for Extension of Time of Briefing Schedule ("Extension Stipulation") filed pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure and Rule 9006-2 of the Local Rules of Bankruptcy practice and procedure for the United States Bankruptcy Court for the District of Delaware, and executed by the Appellant (Prudential Insurance Corporation of America "Prudential") and the Appellee, Debtor W.R. Grace & Co. et al ("Grace"); and upon the other pleadings filed in connection therewith; and after due deliberation and for cause shown, it is hereby:

**ORDERED**, that:

1.     The Extension Stipulation is granted; and

2.     The due date for Prudential's initial brief is extended from January 2, 2007 to January 16, 2007, and the due date for Grace's initial brief is extended from January 31, 2007 to February 14, 2007.

Dated: _____, 2007

                                                        _____
                                                        The Honorable Ronald L. Buckwalter
                                                       United States District Judge