IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

| | | |
|---|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Appellant, | ) ) | Civil Action No. 06-745 |
| v. | ) ) | |
| W.R. GRACE & Co., *et al.* | ) ) ) | Bankruptcy Case No. 01-1139 Appeal No. 06-70 |
| Appellees. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gregory Skidmore to represent W.R. Grace & Co., et al., Appellees, in the above-captioned action.

Dated: February 14, 2007

/s/ James E. O'Neill

James E. O'Neill (Bar No. 4042)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705  (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2007

_____
The Honorable Ronald L. Buckwalter Sr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 06-745 |
| v.  ) | |
| ) | |
| W.R. GRACE & Co., *et al.*  ) | Bankruptcy Case No. 01-1139 |
| ) | Appeal No. 06-70 |
| Appellees.  ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: 2/14/07

Gregory Skidmore
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005

91100-001\DOCS_DE:125129.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,        ) ) ) | |
| Appellant,                                    ) ) | Civil Action No. 06-745 |
| v.                                            ) ) | |
| W.R. GRACE & Co., *et al.*                    ) ) | Bankruptcy Case No. 01-1139 Appeal No. 06-70 |
| Appellees.                                    ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 15th day of February, 2007, I caused a copy of the following documents(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**
**(Gregory Skidmore, Esquire)**

_____
James E. O'Neill (Bar No. 4042)

**W. R. Grace Prudential Insurance Co. of America**
**Service List**
Case No. 01-1139 (JKF)
Doc. No. 123001
01 - Hand Delivery
01 - First Class Mail

*Hand Delivery*
(Counsel to Prudential Insurance Company of America)
Laurie Polleck, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

*First Class Mail*
(Counsel to Prudential Insurance Company of America)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Kevin J. Larner, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962-1981

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806