IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Appellant, ) ) ) | Civil Action No. 06-745 |
| v. ) ) | |
| W.R. GRACE & Co., *et al.* ) ) | Bankruptcy Case No. 01-1139 Appeal No. 06-70 |
| Appellees. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Christopher Landau, P.C. to represent W.R. Grace & Co., et al., Appellees, in the above-captioned action.

Dated: February 14, 2007

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: FEB 15, 2007

The Honorable Ronald L. Buckwalter Sr.
United States District Judge

91100-001\DOCS_DE:125129.2