IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.,

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Appellant, | ) ) |
| v. | Civil Action No. 06-745 ) ) |
| W.R. GRACE & Co., et al. | ) Bankruptcy Case No. 01-1139 ) Appeal No. 06-70 |
| Appellees. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Elizabeth M. Locke to represent W.R. Grace & Co., et al., Appellees, in the above-captioned action.

Dated: February 14, 2007

James E. O'Neill (Bar No. 4042)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: FEB 15, 2007

The Honorable Ronald L. Buckwalter Sr.
United States District Judge