IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Appellant, <br><br> v. <br><br> W.R. GRACE & CO., et al., <br><br> Appellee. | Civil Action No. 06-745 RLB <br><br> Bankruptcy Case No. 01-01139 <br><br> Appeal No. 06-70 |

**APPLICATION FOR ORAL ARGUMENT**

Laurie S. Polleck (#4300)
JASPAN SCHLESINGER HOFFMAN LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

RIKER, DANZIG, SCHERER, HYLAND
 & PERRETTI LLP
Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Kevin J. Larner, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
(973) 538-0800

Attorneys for Appellant,
The Prudential Insurance Company of America

TO:   The Honorable Ronald L. Buckwalter, U.S.D.J.
       -- and --
       All Counsel on the attached Certificate of Service

Appellant, The Prudential Insurance Company of America ("Prudential"), by and through its co-counsel Jaspan Schlesinger Hoffman LLP and Riker Danzig Scherer Hyland & Perretti LLP by way of an Application For Oral Argument (the "Application"), states as follows:

## BACKGROUND

1.  On October 24, 2006, United States Bankruptcy Court Judge Judith K. Fitzgerald entered an Order Disallowing and Expunging as Time-Barred Two Asbestos PD Claims Filed by Prudential Insurance Company on Account of Buildings Located in Georgia (the "Order"), in the above-referenced bankruptcy case.

2.  On November 1, 2006, Prudential filed its Notice of Appeal, appealing the Order to this Court (the "Appeal").

3.  On November 13, 2006, Prudential filed its Statement of Issues to be Presented on Appeal and Designation of Items to be Included in Record on Appeal of Appellant, Prudential Insurance Company of America, Regarding the Bankruptcy Court's October 24, 2006 Order (Docket No. 13457).

4.  On or about November 22, 2006, Appellee, W.R. Grace & Co., *et al.* ("W.R. Grace"), filed its Counter Designation of Items to be Included in the Prudential Insurance Company of America's Appeal of the Bankruptcy Court's October 24, 2006 Order.

5.  On January 16, 2007, Prudential filed its Brief of Appellant.

6.  On February 14, 2007, W.R. Grace filed its Appellees' Brief.

7.  On March 5, 2007, Prudential filed its Brief of Appellant in Reply to Appellee's Brief.

## RELIEF REQUESTED

8. Based upon the varied and complex issues presented in the Appeal, and in the briefs submitted to the Court by both Prudential and W.R. Grace, Prudential believes that oral argument will greatly assist the Court in deciding this appeal. Therefore, Prudential respectfully requests that the Court hear oral argument on the Appeal.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, Prudential respectfully requests that the Court grant this Application and schedule oral argument on the Appeal at the Court's convenience, and grant such other and further relief that the Court deems just and appropriate.

Wilmington, Delaware
Date: March 8, 2007

Respectfully submitted,

/s/ Laurie S. Polleck
Laurie S. Polleck (#4300)
JASPAN SCHLESINGER HOFFMAN LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

- and -

RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Kevin J. Larner, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
(973) 538-0800

ATTORNEYS FOR APPELLANT,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

3739794.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re:

W.R. GRACE & CO., et al.

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Appellant, | Civil Action No. 06-745 RLB<br><br>Bankruptcy Case No. 01-01139<br><br>Appeal No. 06-70 |

**ORDER GRANTING APPELLANT'S APPLICATION FOR ORAL ARGUMENT**

Upon the Application by Appellant, The Prudential Insurance Company of America ("Prudential"), for Oral Argument (the "Application"); and it appearing that due and sufficient notice of the Application has been given; and it appearing that no other or further notice need be given; and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is GRANTED; and it is further

#18213.1

  **ORDERED, that that the Court** will schedule oral argument on the Appeal at the Court's convenience, and grant such other and further relief that the Court deems just and appropriate.

  Dated: _____, 2007

                  _____
                  The Honorable Ronald L. Buckwalter
                  United States District Court Judge

#18213.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>       Appellant,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>       Appellee. | Civil Action No. 06-745 RLB<br><br><br>Bankruptcy Case No. 01-01139<br><br>Appeal No. 06-70 |

## CERTIFICATE OF SERVICE

   I, Laurie S. Polleck, hereby certify that on this 8th day of March 2007, I served one copy of the *Application for Oral Argument* upon the parties listed below, in the manner indicated:

**First Class Mail**
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Hand Delivery**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
 Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
Frank J. Perch, III, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

18214.1

**First Class Mail**
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

                                    **JASPAN SCHLESINGER HOFFMAN LLP**

                                    <u>/s/ Laurie S. Polleck</u>
                                    Laurie S. Polleck (#4300)
                                    913 Market Street, 12th Floor
                                    Wilmington, DE 19801
                                    (302) 351-8005

18214.1