IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:
W.R. GRACE & CO., et. al.,
    Debtors.

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY : | CIVIL ACTION NO. 06-745 RLB |
| OF AMERICA, : | |
|     Appellant : | |
| : | Bankruptcy Case No. 01-1139 |

## ORDER

AND NOW, this 26th day of March, 2007, upon consideration of Appellant's Application for Oral Argument, it is hereby **ORDERED** that said Application is **GRANTED**, and **ORAL ARGUMENT** is scheduled for Monday, April 2, 2007 at 3:00 p.m. in Courtroom 14A of the United States District Court for the Eastern District of Pennsylvania, Philadelphia, PA.

BY THE COURT:

_/s/_
RONALD L. BUCKWALTER, S.J.