IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Appellant,<br><br>v.<br><br>W.R. GRACE & CO., et al.,<br><br>                Appellee. | Civil Action No. 06-745 RLB<br><br>Bankruptcy Case No. 01-01139<br><br>Appeal No. 06-70 |

**STIPULATION OF EXTENSION OF TIME FOR APPEAL SCHEDULE**

The Prudential Insurance Company of America, as Appellant, and W.R. Grace & Co., et al., as Appellee, in recognition of a settlement in principle between the parties which remains subject to formal documentation, hereby agree to and request an adjournment of the Court's consideration of this appeal, including an adjournment of the oral argument in this matter originally scheduled for Monday, April 2, 2007, at 3:00 pm, until such time as may be further ordered by this Court.

Dated: March 28, 2007

_____
Laurie S. Polleck (#4300)
JASPAN SCHLESINGER HOFFMAN LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

Attorney for Appellant,
The Prudential Insurance Company of America

_____
James E. O'Neill, III (#4042)
PACHULSKI STANG ZIEHL
YOUNG JONES & WEINTRAUB LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Attorney for Appellee,
W.R. Grace & Co., et al.