IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:
W.R. GRACE & CO., et. al.,
    Debtors.

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY : <br> OF AMERICA, : <br>     Appellant : <br> : | CIVIL ACTION NO. 06-745 RLB <br><br> Bankruptcy Case No. 01-1139 |

### ORDER

AND NOW, this 30th day of March, 2007, upon consideration of the stipulation of counsel filed on March 28, 2007 (Docket No. 21), it is hereby **ORDERED** that the ORAL ARGUMENT currently scheduled for Monday, April 2, 2007 at 3:00 p.m. in Courtroom 14A of the United States District Court for the Eastern District of Pennsylvania, Philadelphia, PA. is **ADJOURNED** until such time as may be further ordered by this court.

BY THE COURT:

/s/ Ronald L. Buckwalter
RONALD L. BUCKWALTER, S.J.

FILED